UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREAMBUILDER INVESTMENTS, LLC,

                Plaintiff,

– against –

MERSCORP HOLDINGS, INC.,

                Defendant.

**ORDER**

19 Civ. 8937 (ER)

RAMOS, D.J.:

       On August 26, 2019, Plaintiff filed the instant suit in New York Supreme Court. Doc. 1. On September 26, 2019, Defendant removed the case to this Court. *Id.* Defendant filed an answer and counterclaims on October 3, 2019. Doc. 7. On November 14, 2019, Plaintiff filed a reply to Defendant's counterclaims. Doc. 9. Since then, there has been no activity in this matter. Accordingly, the parties are directed to submit a status report by April 29, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

       SO ORDERED.

Dated:   April 15, 2021
            New York, New York

                                                                 EDGARDO RAMOS, U.S.D.J.