UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREAMBUILDER INVESTMENTS, LLC,

                Plaintiff,

– against –

MERSCORP HOLDINGS, INC.

                Defendant.

**ORDER**

19 Civ. 8937 (ER)

RAMOS, D.J.:

Defendant Merscorp Holdings, Inc. filed a motion for summary judgment on July 15, 2021. Doc. 17. On August 9, 2021, Plaintiff Dreambuilder Investments, LLC requested an extension of time to respond to the motion to obtain local counsel. Doc. 24. The Court granted the motion on August 10, 2021, giving Dreambuilder until September 9, 2021 to submit their response in opposition to Merscorp's motion. Doc. 26. As of this date, Dreambuilder has not submitted a response. Dreambuilder is therefore directed to submit a response by January 15, 2022. Failure to do so will result in the Court deeming the motion unopposed.

      SO ORDERED.

Dated:   December 15, 2021
             New York, New York

                                                          Edgardo Ramos, U.S.D.J.