UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DREAMBUILDER INVESTMENTS, LLC,

                Plaintiff,

-against-                                           19 **CIVIL** 8937 (ER)

## JUDGMENT

MERSCORP HOLDINGS, INC.,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 28, 2022, the motion for summary judgment is granted. MERSCORP has judgment against Dreambuilder in the amount of $56,515.15 and is authorized to release all liens it is holding on Dreambuilders behalf; accordingly, the case is closed.

**Dated:** New York, New York

       February 28, 2022

                                                        RUBY J. KRAJICK

                                                        Clerk of Court

                             BY:

                                                       **Deputy Clerk**